# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DEBORAH RYAN, | : |
| Plaintiff, | : |
| | Case No. 3:14cv00127 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

## DECISION AND ORDER

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 21, 2015 (Doc. #19) is ADOPTED in full;

2. The parties' Joint Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (Doc. #18) is accepted, and Defendant is directed to pay Plaintiff's attorney fees under 28 U.S.C. § 2412 in the total amount of $4,300.00;

3. Defendant is further directed to verify, **within thirty days of this Decision and Order**, whether or not Plaintiff owes a pre-existing debt to the United

States subject to offset.  If no such pre-existing debt exists, Defendant is required to pay the EAJA award directly to Plaintiff's attorney;

4. Plaintiff's Motion for Attorney Fees (Doc. #17) is DENIED as moot; and

5. The case remains terminated on the Court's docket.

May 12, 2015                                                            *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge